BENNETT v. GUARANTY CO.

No. 2 PC.

Case below: 19 N.C. App. 66.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.

BURLINGTON INDUSTRIES v. FOIL

No. 29 PC.

Case below: 19 N.C. App. 172.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 October 1973.

GOLDING v. TAYLOR

No. 33 PC.

Case below: 19 N.C. App. 245.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.

MOORE v. JOHN DOE

No. 73.

Case below: 19 N.C. App. 131.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 October 1973.

MOSELEY v. TRUST CO.

No. 4 PC.

Case below: 19 N.C. App. 137.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.